IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| QUICKEN LOANS, | Case No.  2:11- cv-11567 |
| Plaintiff, | Hon. Marianne O. Battani |
| v. | Magistrate Judge: Laurie J. Michelson |
| EPIC MEDIA GROUP, INC. a Delaware Corporation, f/k/a AZOOGLE.COM, INC., a Delaware Corporation and AZOOGLEADS US, INC. a Delaware Corporation, both d/b/a/ AZOOGLEADS.COM, INC., jointly and severally, | |
| Defendants. | |

| | |
|---|---|
| **LAW OFFICE OF JOSEPH A. LAVIGNE**<br>Joseph A. Lavigne (P50966)<br>Eric J. Wejroch (P67019)<br>Attorneys for Plaintiff<br>31700 West Thirteen Mile Road, Suite 96<br>Farmington Hills, MI 48334<br>Phone: (248) 539-3144<br>Fax: (248) 539-3166<br>joe@lavignelawoffices.com<br>eric@lavignelawoffices.com | **DOBBS & NEIDLE, P.C.**<br>Gregory R. Neidle (P59273)<br>Daniel J. Ammon (P50923)<br>Attorneys for Defendants<br>30150 Telegraph Road<br>Suite 410<br>Bingham Farms, MI 48025<br>Phone: (248) 723-9511<br>Fax: (248) 723-9531<br>gneidle@dobbsneidle.com<br>dammon@dobbsneidle.com |

**STIPULATED ORDER EXTENDING TIME FOR**
**DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff and Defendants, by and through their attorneys signing below, stipulate and agree to extend the time within which the Defendants may respond to the Plaintiff's Complaint until July 13, 2011. Pursuant to this stipulation,

It is **ORDERED** that Defendants' response to Plaintiff's Complaint (Doc. Ent. No. 1) shall be due on or before July 13, 2011.

Dated: June 10, 2011                          s/Marianne O. Battani
                                              United States District Judge

LAW OFFICES
DOBBS & NEIDLE, P.C.
30150 TELEGRAPH ROAD STE. 410 • BINGHAM FARMS, MICHIGAN 48025 • 248-723-9520

Plaintiff and Defendants, by their respective counsel, hereby stipulate to entry of the foregoing Order.


/s/ with consent Joseph A. Lavigne
LAW OFFICES OF JOSEPH A. LAVIGNE
Joseph A. Lavigne (P50966)
Eric J. Wejroch (P67019)
31700 West Thirteen Mile Road, Suite 96
Farmington Hills, Michigan 48334-2166
(248) 539-3144
joe@lavignelawoffices.com
eric@lavignelawoffices.com
Attorneys for Plaintiff


/s/ Daniel J. Ammon
DOBBS & NEIDLE, PC
30150 Telegraph Road, Suite 410
Bingham Farms, MI 48025
Phone: (248) 723-9511
Email: dammon@dobbsneidle.com
MI Bar Number P50923
Attorneys for Defendants