# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

QUICKEN LOANS,

        Plaintiff,

v.

EPIC MEDIA GROUP, INC. a Delaware Corporation, f/k/a AZOOGLE.COM, INC., a Delaware Corporation and AZOOGLEADS US, INC. a Delaware Corporation, both d/b/a AZOOGLEADS.COM, INC., jointly and severally,

        Defendants.

                                            /

CASE NUMBER: 11-11567

HON. MARIANNE O. BATTANI

## **NOTICE OF MOTION HEARING**

You are hereby notified to appear before the Honorable Marianne O. Battani, United States District Judge, for the above proceeding on **AUGUST 2, 2012 @ 3:30 P.M.**, in Courtroom 272, 231 W. Lafayette Blvd., Detroit, Michigan 48226.  The following motion(s) are scheduled for hearing:

- MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE  filed by  Defendant Epic Media Group, Inc. on July 12, 2012.

## **CERTIFICATE OF SERVICE**

I certify that a copy of this notice was mailed/e-filed to all counsel of record on this date.

Date: 7/18/2012

s/Colette Motowski
Colette Motowski, secretary to
Hon. Marianne O. Battani 313-234-2625