

**FILED**
NOV 7 - 2012
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUICKEN LOANS INC.,

        Plaintiff,

v.

EPIC MEDIA GROUP, INC., a Delaware
corporation, f/k/a AZOOGLE.COM, INC., a
Delaware corporation and AZOOGLEADS
US, INC., a Delaware corporation, both d/b/a
AZOOGLEADS.COM, INC., jointly and severally,

        Defendants.

Case No. 2:11-cv-11567-MOB-LJM
Hon. Marianne O. Battani

_____/

## CONSENT JUDGMENT

At a session of said Court held in the City of Detroit, County of Wayne, State of Michigan on **NOV - 7 2012**

Present: **MARIANNE O. BATTANI**
District Court Judge

WHEREAS this matter having come before this Court after the settlement of the claims alleged by Plaintiff, Quicken Loans Inc. ("Quicken Loans"), against Defendants, Epic Media Group, Inc. f/k/a Azoogle.com, Inc. and Azoogleads US, Inc. both d/b/a Azoogleads.com, Inc. (the "Defendants"), and the parties being mutually desirous of disposing of the issues raised by this lawsuit without further litigation;

NOW, THEREFORE, IT IS ORDERED that judgment shall be and hereby is entered in favor of Quicken Loans and against Defendants on all claims set forth in the Complaint in the amount of Three-Hundred Thousand Dollars ($300,000.00) plus statutory judgment interest to be assessed pursuant to 28 U.S.C. § 1961. Defendants have waived unconditionally their right to appeal or contest this Consent Judgment.

IT IS FURTHER ORDERED that Quicken Loans shall be and hereby is entitled to immediately pursue all of its remedies as a Judgment Creditor without further notice, and immediately enforce this Consent Judgment without delay or stay.

IT IS FURTHER ORDERED that Defendants waive any right to appeal the entry of this Consent Judgment, and shall be required to reimburse Quicken Loans for all costs and attorney fees incurred in connection with the enforcement and collection of this Consent Judgment.

This Consent Judgment resolves the last pending claim and closes this case.

IT IS SO ORDERED.

_____
District Court Judge

APPROVED AS TO FORM AND SUBSTANCE FOR ENTRY:


MORGANROTH & MORGANROTH, PLLC
Jeffrey B. Morganroth (P41670)
Jason R. Hirsch (P58034)
Attorneys for Plaintiff
344 North Old Woodward Avenue, Suite 200
Birmingham, MI 48009
(248) 864-4000

DOBBS & NEIDLE, PC
Gregory R. Neidle (P59273)
Daniel J. Ammon (P50923)
Attorneys for Defendants
30150 Telegraph Road, Suite 410
Bingham Farms, MI 48025
(248) 723-9511

2